CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 OCT -1  AM II: 05

DEPUTY CLERK_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 1:15-CR-00030-P-BL-2 |
| | § | |
| | § | |
| AMY MARIE TORRES | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**AMY MARIE TORRES,** by consent, under authority of <u>United States v. Dees</u>, 125 F.3d

261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea

of guilty to the Indictment. After cautioning and examining **AMY MARIE TORRES,** under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offenses charged are supported by an independent basis

in fact containing each of the essential elements of such offense. I therefore recommend that the

plea of guilty be accepted and that **AMY MARIE TORRES,** be adjudged guilty and have

sentence imposed accordingly.

Date: October 1, 2015.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).